**Exhibit A**

Table of Last-Observed Infringements by Defendants of Exquisite Multimedia Inc's Copyright in the Motion Picture "Supergirl XXX," Copyright Reg. No. PA0001745464

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 107.53.110.168 | 2011-12-04 09:11:49 -0500 | Sprint PCS | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 2 | 107.54.7.25 | 2011-10-29 07:44:51 -0400 | Sprint PCS | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 3 | 107.55.200.85 | 2011-12-10 03:13:20 -0500 | Sprint PCS | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 4 | 108.14.66.202 | 2011-11-20 02:58:43 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 5 | 108.27.247.78 | 2011-12-03 15:05:57 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 6 | 108.27.249.239 | 2011-11-27 09:19:25 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 7 | 108.29.12.67 | 2011-11-18 01:12:06 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 8 | 108.29.60.188 | 2011-11-29 01:11:43 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 9 | 108.41.121.94 | 2011-10-25 20:31:13 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 10 | 108.41.145.19 | 2011-10-15 18:58:15 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 11 | 108.41.196.129 | 2011-11-09 01:07:35 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 12 | 108.41.201.135 | 2011-10-31 03:10:53 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 13 | 108.41.239.4 | 2011-11-06 15:07:22 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 14 | 108.41.34.82 | 2011-10-29 19:34:18 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 15 | 108.46.144.133 | 2011-11-28 20:49:03 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 16 | 108.46.149.62 | 2011-10-30 14:41:36 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 17 | 108.54.149.159 | 2011-11-01 21:09:23 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 18 | 108.54.169.168 | 2011-11-07 21:09:46 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 19 | 108.54.169.189 | 2011-10-22 07:49:14 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 20 | 108.54.253.201 | 2011-11-26 15:10:44 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 21 | 108.54.72.54 | 2011-11-06 15:07:22 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 22 | 108.54.77.9 | 2011-11-05 17:36:38 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 23 | 108.6.171.138 | 2011-12-12 05:47:15 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 24 | 108.6.27.99 | 2011-12-12 15:10:58 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 25 | 141.149.254.171 | 2011-12-06 15:17:31 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 26 | 173.191.77.129 | 2011-10-21 13:00:50 -0400 | WINDSTREAM COMMUNICATIONS | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 27 | 173.52.114.37 | 2011-10-28 08:06:54 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |

| Doe 28 | 173.56.50.44 | 2011-11-22 02:47:59 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 29 | 173.56.51.153 | 2011-11-30 23:24:40 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 30 | 173.56.7.203 | 2011-11-05 09:16:33 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 31 | 173.68.162.70 | 2011-10-30 01:39:47 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 32 | 173.68.81.88 | 2011-11-29 02:59:46 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 33 | 184.153.56.170 | 2011-12-10 02:56:59 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 34 | 204.210.147.104 | 2011-12-09 02:59:34 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 35 | 208.120.141.160 | 2011-11-05 15:13:01 -0400 | EarthLink | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 36 | 208.120.200.141 | 2011-10-17 01:14:50 -0400 | EarthLink | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 37 | 208.120.24.145 | 2011-11-06 22:44:43 -0500 | EarthLink | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 38 | 24.149.50.89 | 2011-11-04 00:27:26 -0400 | EarthLink | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 39 | 24.193.118.201 | 2011-12-03 20:15:15 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 40 | 24.193.252.73 | 2011-10-29 01:50:04 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 41 | 24.193.29.9 | 2011-12-03 14:45:27 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 42 | 24.239.149.43 | 2011-11-09 01:03:31 -0500 | EarthLink | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 43 | 24.24.84.14 | 2011-10-21 18:50:00 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 44 | 24.58.147.204 | 2011-10-21 09:07:09 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 45 | 24.58.175.71 | 2011-11-09 13:09:35 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 46 | 24.58.180.255 | 2011-11-12 01:05:03 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 47 | 24.58.187.106 | 2011-12-02 08:17:50 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 48 | 24.59.112.241 | 2011-11-09 20:54:20 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 49 | 24.59.157.102 | 2011-11-13 14:14:32 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 50 | 24.59.185.81 | 2011-12-10 21:14:44 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 51 | 24.90.26.127 | 2011-11-17 14:30:33 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 52 | 24.90.44.178 | 2011-10-27 10:57:31 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 53 | 24.90.61.252 | 2011-12-04 13:44:53 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 54 | 24.92.248.92 | 2011-11-20 22:38:38 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 55 | 64.131.162.81 | 2011-11-16 23:26:49 -0500 | EarthLink | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 56 | 66.108.142.17 | 2011-10-28 13:22:28 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 57 | 66.65.15.234 | 2011-11-03 22:40:50 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 58 | 66.66.11.14 | 2011-11-20 00:00:36 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 59 | 66.66.72.170 | 2011-12-02 03:12:13 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 60 | 67.240.113.91 | 2011-11-21 02:53:44 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 61 | 67.240.191.117 | 2011-12-02 00:05:10 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 62 | 67.241.125.55 | 2011-12-09 15:11:41 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 63 | 67.241.72.69 | 2011-10-23 21:06:18 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |

| Doe 64 | 67.242.144.92 | 2011-11-20 20:25:48 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| --- | --- | --- | --- | --- | --- |
| Doe 65 | 67.242.183.133 | 2011-11-20 07:51:09 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 66 | 67.244.77.175 | 2011-12-02 02:53:32 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 67 | 67.244.79.143 | 2011-10-24 11:05:18 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 68 | 67.247.157.110 | 2011-11-05 01:18:37 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 69 | 67.248.121.150 | 2011-10-15 20:54:10 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 70 | 67.248.185.222 | 2011-10-24 10:32:49 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 71 | 67.249.102.53 | 2011-12-04 14:15:54 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 72 | 67.249.16.52 | 2011-11-01 21:06:45 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 73 | 67.249.20.172 | 2011-11-11 21:11:07 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 74 | 67.249.232.162 | 2011-10-18 12:56:39 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 75 | 67.250.63.217 | 2011-10-21 02:59:42 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 76 | 67.252.134.131 | 2011-11-03 21:08:45 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 77 | 67.253.145.238 | 2011-10-31 20:06:12 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 78 | 68.174.233.47 | 2011-10-17 01:59:09 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 79 | 68.70.28.13 | 2011-11-25 20:48:22 -0500 | Adams CATV | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 80 | 69.201.188.242 | 2011-12-07 14:31:47 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 81 | 69.203.0.91 | 2011-11-16 21:15:29 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 82 | 69.203.1.55 | 2011-11-21 19:53:31 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 83 | 69.203.117.187 | 2011-11-27 08:21:58 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 84 | 69.203.197.50 | 2011-10-17 08:57:23 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 85 | 69.203.205.27 | 2011-11-16 16:08:07 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 86 | 69.205.133.157 | 2011-10-30 00:16:36 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 87 | 69.205.141.84 | 2011-12-10 21:14:42 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 88 | 69.205.150.39 | 2011-11-07 19:54:48 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 89 | 69.205.198.18 | 2011-10-15 21:08:56 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 90 | 69.205.70.219 | 2011-10-15 21:08:56 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 91 | 69.205.70.92 | 2011-11-17 22:33:18 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 92 | 69.86.157.229 | 2011-11-26 09:17:19 -0500 | EarthLink | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 93 | 69.86.82.139 | 2011-11-02 09:16:31 -0400 | EarthLink | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 94 | 70.104.136.232 | 2011-10-23 14:30:20 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 95 | 71.125.59.187 | 2011-12-04 15:11:54 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 96 | 71.167.150.124 | 2011-11-19 02:59:32 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 97 | 71.167.158.155 | 2011-11-15 07:10:29 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 98 | 71.167.164.240 | 2011-11-19 02:07:14 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 99 | 71.183.235.128 | 2011-10-25 00:35:56 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |

| Doe 100 | 71.190.183.242 | 2011-10-29 02:19:32 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 101 | 71.251.10.22 | 2011-11-10 08:51:49 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 102 | 72.225.25.6 | 2011-11-27 01:45:37 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 103 | 72.226.124.70 | 2011-11-26 15:10:35 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 104 | 72.226.32.247 | 2011-11-11 08:19:23 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 105 | 72.228.191.9 | 2011-11-16 21:14:36 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 106 | 72.231.212.157 | 2011-11-03 02:49:09 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 107 | 72.89.168.2 | 2011-11-09 12:59:49 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 108 | 72.89.186.53 | 2011-12-05 13:38:38 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 109 | 74.101.104.171 | 2011-10-23 19:14:25 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 110 | 74.101.191.84 | 2011-10-25 20:27:53 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 111 | 74.101.216.71 | 2011-11-16 18:52:53 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 112 | 74.101.222.173 | 2011-11-14 13:39:55 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 113 | 74.101.45.184 | 2011-10-29 13:50:56 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 114 | 74.101.94.215 | 2011-10-18 21:11:04 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 115 | 74.108.0.216 | 2011-11-03 19:16:53 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 116 | 74.108.1.235 | 2011-11-03 17:56:12 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 117 | 74.64.112.241 | 2011-11-23 21:13:13 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 118 | 74.64.96.220 | 2011-10-29 19:33:09 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 119 | 74.66.128.26 | 2011-11-15 21:03:52 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 120 | 74.66.66.115 | 2011-10-27 16:12:59 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 121 | 74.67.103.93 | 2011-10-15 20:14:08 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 122 | 74.67.13.250 | 2011-12-04 15:36:11 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 123 | 74.67.218.176 | 2011-11-10 01:22:07 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 124 | 74.69.139.103 | 2011-11-13 18:44:48 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 125 | 74.69.41.54 | 2011-11-04 11:07:36 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 126 | 74.70.252.200 | 2011-11-11 18:18:30 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 127 | 74.71.29.103 | 2011-12-02 17:15:33 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 128 | 74.71.90.118 | 2011-12-07 19:46:52 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 129 | 74.72.36.202 | 2011-11-05 21:02:43 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 130 | 74.72.72.170 | 2011-12-02 09:14:14 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 131 | 74.72.96.189 | 2011-10-17 23:06:58 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 132 | 74.73.150.245 | 2011-11-20 02:59:36 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 133 | 74.74.193.8 | 2011-10-15 00:20:53 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 134 | 74.74.209.164 | 2011-10-27 06:50:11 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 135 | 74.74.211.41 | 2011-10-25 05:41:50 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |

| Doe 136 | 74.74.89.60 | 2011-11-23 20:42:00 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 137 | 74.77.141.188 | 2011-12-05 17:06:12 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 138 | 74.77.202.41 | 2011-11-13 15:09:49 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 139 | 74.77.207.75 | 2011-11-12 21:19:06 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 140 | 74.77.227.182 | 2011-11-26 21:08:56 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 141 | 74.77.234.191 | 2011-11-09 19:59:42 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 142 | 74.77.238.111 | 2011-11-12 20:34:41 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 143 | 74.77.238.41 | 2011-11-07 17:42:40 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 144 | 76.15.138.82 | 2011-10-15 01:02:20 -0400 | EarthLink | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 145 | 76.15.174.97 | 2011-11-11 17:15:07 -0500 | EarthLink | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 146 | 76.180.113.44 | 2011-11-01 02:59:46 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 147 | 76.180.146.157 | 2011-11-29 02:17:20 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 148 | 96.236.19.158 | 2011-12-09 02:59:34 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 149 | 96.239.54.80 | 2011-11-08 21:11:06 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 150 | 96.250.225.34 | 2011-10-21 09:06:41 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 151 | 98.116.140.225 | 2011-11-12 06:44:36 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 152 | 98.116.46.90 | 2011-11-06 00:39:23 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 153 | 98.14.130.228 | 2011-11-10 19:17:10 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 154 | 98.14.191.55 | 2011-10-26 21:55:32 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 155 | 98.14.232.97 | 2011-11-19 13:56:30 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 156 | 98.15.159.125 | 2011-10-28 20:18:43 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 157 | 98.15.252.43 | 2011-11-22 01:59:18 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |