

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = supergirl xxx
Search Results: Displaying 1 of 1 entries



### *SUPERGIRL XXX AN EXTREME COMIXXX PARODY.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001745464 / 2011-06-28 |
| **Application Title:** | SUPERGIRL XXX AN EXTREME COMIXXX PARODY. |
| **Title:** | SUPERGIRL XXX AN EXTREME COMIXXX PARODY. |
| **Description:** | 2 videodisc (DVD) |
| **Copyright Claimant:** | EXQUISITE MULTIMEDIA, INC. Address: 20821 DEARBORN ST., CHATSWORTH, CA, 91311, United States. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-05-10 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | EXQUISITE MULTIMEDIA, INC., employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture, ADULT MOVIE PARODY WITH SCRIPT. |
| **Rights and Permissions:** | EXQUISITE MULTIMEDIA, INC., 20821 Dearborn St., Chatsworth, CA, 91311, (818) 576-9464, (818) 421-2341, alex@expxxx.com |
| **Names:** | EXQUISITE MULTIMEDIA, INC. |



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record   Format for Print/Save |
| Enter your email address:                                Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page